# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

───────────────────────

Case No. 5D23-0398
LT Case No. 16-1983-CF-7140-AXXX

───────────────────────

CURTIS RUSSELL YOUNG,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

───────────────────────

On appeal from the Circuit Court for Duval County.
Tatiana Salvador, Judge.

Matthew J. Metz, Public Defender, and Natalie R. Gossett,
Assistant Public Defender, Daytona Beach, for Appellant.

Curtis Russell Young, Lowell, pro se.

Ashley Moody, Attorney General, and Damaris E. Reynolds,
Assistant Attorney General, Tallahassee, for Appellee.

January 9, 2024

PER CURIAM.

    AFFIRMED.

HARRIS, BOATWRIGHT, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____